In the Matter of the Application of the GRADE CROSSING AND TERMINAL STATION COMMISSION OF THE CITY OF BUFFALO for the Appointment of Commissioners to Ascertain the Compensation to Be Paid to the Owners of, etc., Lands in the City of Buffalo, Claimed to Be Injured by Change of Grade of Clinton Street and Claimed to Be Owned by CARL MILLER, INCORPORATED, and Others. (Proceeding No. 134.)— Orders affirmed, with costs, on the ground that no grade crossing existed in this case on the 1st day of January, 1926, and, therefore, the provisions of section 4-a of the Buffalo Grade Crossing Act,* as added by chapter 844 of the Laws of 1926, and amending statutes, were inapplicable, and damages continued assessable as provided by the Buffalo Grade Crossing Act,† section 12, as amended by section 9 of chapter 358 of the Laws of 1911.‡ All concur.

In the Matter of the Application of the GRADE CROSSING AND TERMINAL STATION COMMISSION OF THE CITY OF BUFFALO for the Appointment of Commissioners to Ascertain the Compensation to Be Paid to the Owners of, etc., Lands in the City of Buffalo, Claimed to Be Injured by the Change of Grade of Colvin Street, and Claimed to Be Owned by JAMES L. CALDWELL and Others. (Proceeding No. 136.) — Order affirmed, with costs, on the ground that the grade crossing existed in this case on the 1st day of January, 1926, and the remedy for the recovery of damages under section 4-a of the Grade Crossing Act,* added by chapter 844 of the Laws of 1926 and amending statutes, was exclusive. All concur.

SAMUEL ADAMS, Respondent, v. DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant.— Judgment and order reversed on the law and a new trial granted, with costs to the appellant to abide the event, on the ground of error in the charge. (*Mott* v. *Consumers' Ice Co.*, 73 N. Y. 543, 547.) All concur, except Thompson and Crosby, JJ., who dissent and vote for affirmance.

LURA RAYMOND, as Administratrix, etc., of THOMAS E. RAYMOND, Deceased, Appellant, v. REPUBLIC LIGHT, HEAT AND POWER COMPANY, INCORPORATED, Respondent.— Judgment affirmed, with costs. All concur.

CHARLES H. BALDWIN, as Commissioner of Agriculture and Markets of the State of New York, Respondent, v. CONCORD CASUALTY AND SURETY COMPANY, Appellant.— Judgment affirmed, with costs. All concur.

HATTIE NETTLES, as Administratrix, etc., of EDWARD BRANDSHAW, Deceased, Appellant, v. THE STATE OF NEW YORK, Respondent.— Judgment affirmed, with costs. All concur.

MARY SAPERSTON, Respondent, v. AMERICAN AND FOREIGN INSURANCE COMPANY OF NEW YORK, Appellant.— Judgment affirmed, with costs. All concur. [142 Misc. 730.]

---

* Laws of 1923, chap. 231.— [REP.

† Laws of 1888, chap. 345.— [REP.

‡ Amd. by Laws of 1916, chap. 576.— REP.